IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| CARSON EARL WILLIAMS, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:21-CV-00016-FL |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

## ORDER

Pursuant to the power of this Court to enter a judgment affirming, modifying, or reversing the Commissioner's decision with remand in Social Security actions under sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), and upon consideration of Defendant's unopposed request to remand this cause for further administrative action, the Court hereby reverses Defendant's decision under sentence four of 42 U.S.C. § 405(g) and remands the case to Defendant for further administrative action. *See Shalala v. Schaefer*, 509 U.S. 292 (1993); *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

SO ORDERED this __2nd__ day of __December__, 2021.

_____
Hon. Louise W. Flanagan
United States District Judge